IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50972
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GENE GUERRERO,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-97-CR-35-1
- - - - - - - - - -
August 20, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Gene Guerrero appeals his conviction and sentence for possession with intent to distribute methamphetamine. He contends that the district court erred in denying his motion to suppress evidence seized as a result of a search of his vehicle because the officers lacked probable cause to search the vehicle. The district court's factual findings are not clearly erroneous. United States v. Thomas, 12 F.3d 1350, 1366 (5th Cir. 1994); see United States v. Guerrero, No. SA-97-CR-35 (W.D. Tex. Aug. 4, 1997). The district court did not err in denying the motion to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

suppress evidence on the ground that the officers had probable cause to conduct the search of Guerrero's vehicle.  See United States v. Williams, 69 F.3d 27, 28 (5th Cir. 1995).

AFFIRMED.